IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00069-PSF-OES

RUBEN J. MUNIZ,

Applicant,

v.

LARRY REID, Superintendent,
and JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

_____

ORDER DENYING MOTION
_____

**Entered by O. Edward Schlatter, United States Magistrate Judge**

Before me for consideration is plaintiff's Motion To Compel Facility Law Library To Copy The Traverse With Exhibits.  From attachments to the motion, it appears that the plaintiff submitted 60+ page document, which is his Traverse and exhibits in this matter, to the Limon Correctional Facility Law Library under the CDOC Legal Access Program and requested that the document be photocopied.  However, the request was partially denied because it exceeded the 35 page limit allowed by the program.  Plaintiff wants this court to order the law library to provide the copies, but cites no authority under which this court should intervene in this situation.  Further, the Legal Access Program Denial Form attached to the motion indicates that the denial was made because the documents plaintiff wished copied fell outside the program parameters, and that he was informed of alternate means to accomplish the task.

Accordingly, it is hereby **ORDERED** that plaintiff's motion  [Filed June 21, 2005; Docket #25] is **DENIED**.

Dated this 22nd day of June, 2005.

                                              BY THE COURT:

                                              S/O. Edward Schlatter

                                              O. Edward Schlatter
                                              United States Magistrate Judge