IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00069-PSF-OES

RUBEN J. MUNIZ,

Applicant,

v.

LARRY REID, Superintendent,
and JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

**MINUTE ORDER**

**Entered by O. Edward Schlatter, United States Magistrate Judge, on July 29, 2005.**

Applicant's Motion For Extension Of Time [Filed July 28, 2005; Docket #34-1] is **GRANTED**. Applicant's Motion For Reconsideration [Filed July 28, 2005; Docket #34-2] is **DENIED**. Applicant shall have until and including August 24, 2005, to obtain the additional copies of his Traverse with exhibits.