IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00069-PSF-OES

RUBEN J. MUNIZ,

Applicant,

v.

LARRY REID, Superintendent,
and JOHN SUTHERS, The Attorney General of the State of Colorado,

Respondents.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on August 10, 2005.**

Applicant's Request To Accept Rest of June 15, 2005, Filing Of Traverse/Supplemental Pleading In Support Of Amended Application ("Request") [Filed August 3, 2005; Docket #40-1] is **GRANTED**, and the filing will be read in conjunction with the June 15, 2005, filing. Applicant's request for evidentiary hearing and discovery, contained within the Preliminary Statement of the Request [Filed August 3, 2005; Docket #40-2], is **DENIED**.