IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00069-PSF-MEH

RUBEN J. MUNIZ,

       Applicant,

v.

LARRY REID, Superintendent, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this  13th  day of April, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO